UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR A. ZAVALANAVARRETE, | Case No. 1:20-cv-00280-NONE-EPG |
| Plaintiff, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, | (ECF No. 5) |
| Defendant. | |

On March 6, 2020, Plaintiff, Edgar A. Zavalanavarrete, filed a notice of voluntary dismissal of entire action without prejudice. (ECF No. 5.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **March 10, 2020**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1